**No. 62409.**—Amerorient Corp. et al. *v.* United States, protests 139373–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62410.**—Armenian Importing Co. et al. *v.* United States, protests 147972–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62411.**—Lionel B. Alberto et al. *v.* United States, protests 159248–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 30, 1958

**No. 62412.**—Manca, Inc. *v.* United States, protest 308132–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62413.**—W. L. Thomas Company *v.* United States, protest 58/440 (San Francisco).

Opinion by OLIVER, C. J.  The protest was dismissed.

**No. 62414.**—Page N. Goffigon et al. *v.* United States, protests 220658–K, etc. (Tampa).